# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL XAVIER ESPINOZA,<br><br>　　　　　Defendant. | Case No. 3:13-CR-00037-LRH-WGC-1<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Megan Rachow, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Annie Youchah, Assistant Federal Public Defender, counsel for Paul Xavier Espinoza, that the Revocation Hearing currently scheduled on October 12, 2021 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has filed a motion to continue the preliminary hearing past the current date of the scheduled Revocation Hearing

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of October, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Annie Youchah*<br>By_____<br>ANNIE YOUCHAH<br>Assistant Federal Public Defender | */s/ Megan Rachow*<br>By_____<br>MEGAN RACHOW<br>Assistant United States Attorney |

## **ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge

DATED: October 1, 2021.

2