**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-CR-00037-LRH-WGC-1 |
| Plaintiff, | **ORDER** |
| v. | |
| PAUL XAVIER ESPINOZA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 4, 2021 at the hour of 3:00 p.m., be vacated and continued to October 22, 2021 at the hour of 1:00 pm in LV Courtroom 3C before Magistrate Judge Cam Ferenbach.

DATED this 1st day of October, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3