UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL XAVIER ESPINOZA,<br><br>　　　　　Defendant. | Case No: 3:13-cr-00037-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender CHRISTOPHER P. FREY, counsel for PAUL XAVIER ESPINOZA and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for January 10, 2023, at 1:30 PM, be vacated and continued to **June 1, 2023**, at 1:30 PM.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Espinoza is currently detained.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 9th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for PAUL ESPINOZA | By /s/ *Megan Rachow*<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 10, 2023, at 1:30 PM, be vacated and continued to **June 1, 2023**, at 1:30 PM before Judge Larry R. Hicks in Reno Courtroom 3.

**IT IS SO ORDERED.**

DATED this 9th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE